IN THE SUPREME COURT OF TEXAS

 No. 04-0141

 IN RE VESTA INSURANCE GROUP, INC., ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed February
17, 2004, is granted. The order dated September 23, 2003, in Cause No. 067-
186659-01, styled James H. Cashion, Jr., d/b/a American Health Under-
Writers v. Vesta Insurance Group, Inc., Vesta Fire Insurance Corporation,
James E. Tait, Jimmy K. Walker, Robert H. Merrill, et al., in the 67th
District Court of Tarrant County, Texas, is stayed pending further order of
this Court.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus no later than 12:00 p.m., on or
before March 8, 2004.

 Done at the City of Austin, this February 25, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk